IN THE MATTER OF THE APPLICATION OF
FAUSTO N. BASTIDAS.

January 5, 1977. Petition for certification denied.

PHILIP J. DEL GIUDICE v.
BOARD OF HEALTH, BORO OF MADISON.

January 5, 1977. Petition for certification denied.

TOWNSHIP OF NORTH BRUNSWICK v.
JAMES K. O'CONNOR.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JUAN COLON.

January 5, 1977. Petition for certification denied.

LONG BRANCH SEWERAGE AUTHORITY v.
MOLNAR ELECTRICAL CONTRACTORS, INC.

January 5, 1977. Petition for certification denied. (See
143 *N. J. Super.* 492)

STATE OF NEW JERSEY v. DOUGLAS GARNER.

January 5, 1977. Petition for certification denied.